IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

WORKERS TEMPORARY
STAFFING, INC.,

Case No: 09-15686
(Chapter 11)

Debtor.

NOTICE OF APPEARANCE, REQUEST FOR
ENTRY ON MATRIX, REQUEST FOR SERVICE
OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010 (b), Workers Temporary Staffing, Inc. hereby appears in the above-captioned case by its counsel, Jeffrey C. Hakanson, Esquire. Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be served at the address set forth below:

> Jeffrey C. Hakanson
> THE HUNTER LAW GROUP
> 500 North Westshore Blvd., Suite 1015
> Tampa, Florida 33609
>
> Telephone: (813) 287-2227
> Facsimile: (813) 287-2228
> Email: Jeff@hunterlawgroup.com.

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal,

whether written of oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, or otherwise.

Date: May 15, 2009

                                        Jeffrey C. Hakanson, Esq.
                                        Florida Bar No. 0061328
                                        THE HUNTER LAW GROUP
                                        500 North Westshore Blvd. Suite 1015
                                        Tampa, Florida 33609
                                        Telephone: (813) 287-2227
                                        Facsimile: (813) 287-2228
                                        *Attorney for Workers Temporary Staffing, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2009, a copy of the foregoing Notice of Appearance, Request for Entry on Matrix and Request for Service of Notices and Other Documents was served on all of the following parties by U.S. mail:

>Signature Special Event Services, Inc.
>1332 Londontown Blvd., Bldg. B
>Eldersburg, MD 21784
>
>Christopher William Mahoney
>Duane Morris LLP
>505 9th Street   Suite 1000
>Washington, DC 20004-2166
>
>Jeffrey W. Spear
>Duane Morris LLP
>600 Grant Street, 50th Floor
>Pittsburgh, PA 15219
>
>US Trustee - Greenbelt, 11
>W. Clarkson McDow, Jr., United States Tr
>6305 Ivy Lane, Suite 600
>Greenbelt, MD 20770
>
>Official Committee of Unsecured Creditors
>c/o Alan M. Grochal, Esq.
>Tydings & Rosenberg LLP
>100 East Pratt Street, 26th Floor
>Baltimore, MD 21202

_____
Jeffrey Q. Hakanson, Esq.